STATE of Missouri,
Plaintiff-Respondent,

v.

Michael Wayne BESHORE,
Defendant-Appellant.

No. WD 33534.

Missouri Court of Appeals,
Western District.

Jan. 25, 1983.

Cenobio Lozano, Jr., Harrisonville, for defendant-appellant.

John Ashcroft, Atty. Gen., Maureen E. Laflin, Asst. Atty. Gen., Jefferson City, for plaintiff-respondent.

Before PRITCHARD, P.J., and MANFORD and NUGENT, JJ.

ORDER

PER CURIAM:

Appeal from conviction of a Class C felony for stealing under § 570.030, RSMo 1978, and sentence of two years imprisonment. No jurisprudential purpose will be served by written opinion.

The judgment is affirmed. Rule 30.25(b).

All concur.

STATE of Missouri, Respondent,

v.

Dwayne FERGUSON, Appellant.

No. WD 33683.

Missouri Court of Appeals,
Western District.

Jan. 25, 1983.

James W. Fletcher, Public Defender, Anne Hall, Asst. Public Defender, Kansas City, for appellant.

John Ashcroft, Atty. Gen., John Jacobs, Asst. Atty. Gen., Jefferson City, for respondent.

Before PRITCHARD, P.J., and MANFORD and NUGENT, JJ.

ORDER

PER CURIAM:

Appeal from jury conviction for two counts of robbery, first degree, § 569.020, RSMo 1978. Judgment was entered in accordance with the jury's verdict. Sentence was imposed pursuant to the persistent offender statute, § 558.016, RSMo 1978.

Judgment affirmed. Rule 30.25(b). No jurisprudential purpose will be served by written opinion.

All concur.